FILED

07/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0129

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0129

SHANE PHILLIP NICKERSON,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

JUL 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a motion for an extension of time to file a response to Appellee's motion to dismiss in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until September 1, 2020, within which to file his response to the motion to dismiss.

No further extensions will be granted.

DATED this 27ᵗʰ day of July, 2020.

For the Court,

_____
Chief Justice